No. 1193. WISCONSIN EX REL. RIZZO *v.* COUNTY COURT OF KENOSHA COUNTY. Sup. Ct. Wis. Certiorari denied. *Dominic H. Frinzi* for petitioner. *Bronson C. La Follette,* Attorney General of Wisconsin, for respondent.

No. 1195. CARLISLE & JACQUELIN ET AL. *v.* EISEN. C. A. 2d Cir. Certiorari denied. *Louis Lee Stanton, Jr., Francis S. Bensel* and *William Eldred Jackson* for petitioners. *William E. Haudek* and *Robert Zicklin* for respondent.

No. 1223. WELLS *v.* CIVIL SERVICE COMMISSION OF PHILADELPHIA ET AL. Sup. Ct. Pa. Certiorari denied. *Seymour Kanter* for petitioner.

No. 1246. THARAUD ET UX. *v.* CHAUNCEY REAL ESTATE Co., LTD., ET AL. Ct. App. N. Y. Certiorari denied. *Clayton L. Burwell* for petitioners. *Robert Moers* for respondents.

No. 1258. POWELL *v.* COMMITTEE ON ADMISSIONS AND GRIEVANCES ET AL. C. A. D. C. Cir. Certiorari denied. *Diana Kearny Powell,* petitioner, *pro se. Edmund L. Jones, Francis W. Hill, Jr.,* and *Roger Robb* for respondents.

No. 1284. FORCELLA *v.* WARDEN, NEW JERSEY STATE PRISON. C. A. 3d Cir. Certiorari denied. *Lee A. Holley* and *Frank A. Paglianite* for petitioner.

No. 30, Misc. CRAGAN *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD Co. ET AL. C. A. 1st Cir. Certiorari denied. *Bernard Kaplan* for petitioner. *Noel W. Deering* for respondents.